JAMES A. MARISSEN (SBN: 257699)
jmarissen@grsm.com
RACHEL A. WEITZMAN (SBN: 307076)
rweitzman@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 255-6996
Facsimile: (949) 474-2060

Attorneys for Plaintiff
MSC MEDITERRANEAN SHIPPING COMPANY S.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSC MEDITERRANEAN SHIPPING COMPANY S.A., <br><br> Plaintiff, <br><br> v. <br><br> BNSF RAILWAY COMPANY, <br><br> Defendant. | CASE NO. <br><br> **MSC MEDITERRANEAN SHIPPING COMPANY S.A.'S CERTIFICATE OF INTERESTED PARTIES** <br><br> [LOCAL RULE 7.1] |

**TO THIS HONORABLE COURT OF RECORD**:

The undersigned counsel of record for plaintiff MSC MEDITERRANEAN SHIPPING COMPANY S.A. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal:

1. MSC MEDITERRANEAN SHIPPING COMPANY S.A.
2. BNSF RAILWAY COMPANY.

| | |
|---|---|
| 1  Dated: June 20, 2024 | GORDON REES SCULLY MANSUKHANI, LLP |
| 2 | |
| 3 | By: /s/ *James A. Marissen* |
| 4 | James A. Marissen |
| 5 | Rachel A. Weitzman |
| 6 | *Attorneys for Plaintiff* MSC MEDITERRANEAN SHIPPING COMPANY S.A. |

MSC MEDITERRANEAN SHIPPING COMPANY S.A.'S CERTIFICATE OF INTERESTED PARTIES

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614