# Exhibit A

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详见网站 | www.msc.com

# MSC

| MEDITERRANEAN SHIPPING COMPANY S.A. | BILL OF LADING No. | MEDUU9624773 |
|---|---|---|
| | NON-NEGOTIABLE COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |
| Website: www.msc.com   SCAC Code : MSCU | NO. & SEQUENCE OF ORIGINAL B/L's<br>0   Of   ONE | NO. OF RIDER PAGES<br>0 |

**SHIPPER:**
HECNY SHIPPING LIMITED

BLOCK EAST, 43/F, INT'L TRADE CENTRE BLGD,3002, RENMIN SOUTH RD.,LUOHU DISTRICT,SHENZHEN CHINA P.518014  PHONE: 82212988  FAX: 82212492

**FORWARDING AGENT:**
HECNY SHIPPING LIMITED

7/F, HECNY CENTRE 111 WAI YIP STREET,KWUN TONG
HONG KONG

**CONSIGNEE:** This B/L is not negotiable unless marked "To Order / To Order of..." here.
HECNY TRANSPORTATION, INC.

19550 S.DOMINGUEZ HILLS DRIVE, RANCHO DOMINGUEZ,CA 90220.USA
PHONE: 562-616-7888 FAX: 562-616-7895 EMAIL: HECNYAN@HECNY.COM

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)

WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REASON OF NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF THE GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9456757

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
HECNY TRANSPORTATION, INC.

19550 S.DOMINGUEZ HILLS DRIVE, RANCHO DOMINGUEZ,CA 90220.USA
PHONE: 562-616-7888 FAX: 562-616-7895 EMAIL: HECNYAN@HECNY.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9)<br>**MAERSK EDINBURGH - 307N** | PORT OF LOADING<br>**YANTIAN, CHINA** | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2)<br>**XXXXXXXXXXXXXXXX** |
|---|---|---|
| BOOKING REF.<br>**181BY23H0500043P1** | SERVICE CONTRACT NUMBER<br>**22-465TPC** | PORT OF DISCHARGE<br>**LOS ANGELES, UNITED STATES** | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2)<br>**CHICAGO, IL, UNITED STATES - RAMP** |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R  -   C A R R I E R   N O T   R E S P O N S I B L E - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods<br>(Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| **MSDU4668549**<br>40' DRY VAN<br>SEAL NUMBER: **1600702**<br>Marks and Numbers:<br>N/M | **125 CARTON**(S) OF NAME OF PRODUCTS: PORTABLE POWER GENERATOR PROPER SHIPPING NAME (PSN): LITHIUM ION BATTERY TECHNICAL NAME : LITHIUM IRON PHOSPHATE BATTERY DG9, UN3480<br><br>SUBSTANCE NAME(PROPER SHIPPING NAME): LITHIUM ION BATTERIES CLASS: 9 UN#: UN3480 PACKAGING GROUP: II EMERGENCY PHONE: 1 224 938 0106 | 2,025.000 KGS.<br>4,464.361 LBS. | 13.400 CU. M.<br>473.213 CU. FT. |
| Marks and Numbers:<br>N/M | **250 CARTON**(S) OF NAME OF PRODUCTS: PORTABLE POWER GENERATOR PROPER SHIPPING NAME (PSN): LITHIUM ION BATTERY TECHNICAL NAME : LITHIUM IRON PHOSPHATE BATTERY DG9, UN3480 SHIPPER DECLARED THAT: THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS. DG9 UN3480 COMM:<br><br>SUBSTANCE NAME(PROPER SHIPPING NAME): LITHIUM ION BATTERIES CLASS: 9 UN#: UN3480 PACKAGING GROUP: II EMERGENCY PHONE: 1 224 938 0106 | 4,875.000 KGS.<br>10,747.535 LBS. | 24.250 CU. M.<br>856.374 CU. FT. |
| | TOTAL : | 6,900.000 KGS<br>15,211.896 LBS | 37.650 CU. M.<br>1,329.587 CU.FT. |
| | V1P05274309<br><br>TOTAL NUMBER OF PACKAGES: 375 | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited.

**FREIGHT & CHARGES**   Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled Carrier's Receipt for carriage subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS BILL OF LADING THE MERCHANT EXPRESSLY ACCEPTS AND AGREES TO ALL THE TERMS AND CONDITIONS, WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE OF THIS BILL OF LADING AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE MERCHANT.

If this is a negotiable (To Order / of) Bill of lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with outstanding Freight and charges) in exchange for the Goods or a Delivery Order. If this is a non-negotiable (straight) Bill of Lading, the Carrier shall deliver the Goods or issue a Delivery Order (after payment of outstanding Freight and charges) against the surrender of one original Bill of Lading or in accordance with the national law at the Port of Discharge or Place of Delivery whichever is applicable.

IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and wherever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3)<br>**XXXXXXXXXXXXXXX** | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>**1 cntr** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>**23-FEBRUARY-2023** | SHIPPED ON BOARD DATE<br>**23-FEBRUARY-2023** | |

U.S. Edition - 01/2017    TERMS CONTINUED  ON REVERSE ↕